1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    FIDELITY NATIONAL TITLE                No.  2:13-cv-02030-KJM-AC
      COMPANY,

12                         Plaintiff,

13            v.
                                             ORDER
14    U.S. SMALL BUSINESS
      ADMINISTRATION; PLACER COUNTY
15    ENVIRONMENTAL HEALTH; ALLEN
      R. FRUMKIN; FREDERICK W.
16    HODGSON; LINDA HODGSON; and
      DOES 1 through 20, inclusive,

17
                           Defendants.
18

19    AND RELATED COUNTER/CROSS
      CLAIMS
20

21            The motion to dismiss counterclaim filed by counterdefendants East Bay Investors,

22    LLC, Ferrari Investment, LLC, David J. Ferrari and John C. Rogers ("counterdefendants") is

23    currently pending before the court.  ECF Nos. 65–67.  A hearing is currently scheduled for the

24    matter on August 22, 2014.  ECF No. 82.  Accordingly, the opposition papers of counterclaimants

25    Fredrick W. Hodgson and Linda H. Hodgson ("counterclaimants") were due on or before

26    August 8, 2014.  L.R. 230(c).

27            On August 8, 2014, counterclaimants filed objections to counterdefendants'

28    memorandum of points and authorities in support of their motion to dismiss, ECF No. 66, arguing

                                              1

1  the motion exceeds the court's limit of twenty pages.  ECF No. 87.  On the same day,

2  counterclaimants filed an ex parte application for an order extending the page limit for their

3  opposition, arguing in conclusory fashion that counterdefendants exceeded the requisite twenty-

4  page limit and the motion to dismiss is "extensive."  ECF No. 88.  Counterclaimants also filed

5  objections to counterdefendants' request for judicial notice, ECF No. 89, the declaration of

6  Fredrick Hodgson in support of counterclaimants' opposition, ECF No. 90, and objections to the

7  declaration of John C. Rogers in support of counterdefendants' motion to dismiss, ECF No. 91.

8         On August 9, 2014, the day after counterclaimants' opposition filing deadline, they

9  filed their opposition to counterdefendants' motion to dismiss.  ECF No. 92.

10        On August 11, 2014, three days after counterclaimants' opposition filing deadline,

11  they filed a document styled as a "supplement and errata to declaration of Fredrick Hodgson,"

12  ECF No. 93, which contains exhibits A–JJ in support of the declaration, *See* ECF Nos. 93–95.

13        As a preliminary matter, the court addresses counterclaimants' argument that

14  counterdefendants' motion to dismiss exceeds the court's page limit.  ECF No. 87.  The court's

15  page limit applies to briefing, not including a table of contents, table of authorities or the notice to

16  parties.  Here, counterdefendants' memorandum brief in support of their motion to dismiss is

17  twenty pages and does not exceed the court's limit.  *See* ECF No. 66 at 6–25.  Accordingly,

18  counterclaimants' objection to counterdefendants' memorandum, ECF No. 87, is STRICKEN.

19        With regard to counterclaimants' ex parte application for an order extending the

20  page limit for their opposition, counterclaimants fail to show why the court should extend the

21  twenty-page limit.  ECF No. 88.  First, counterdefendants did not exceed the court's page limit.

22  Second, counterclaimants' conclusory argument that the motion to dismiss is "extensive" and will

23  therefore require counterclaimants to "address each and every argument made by

24  [c]ounterdefendants" is unavailing.  Third, counterclaimants fail to specify the number of

25  additional pages it requires for their opposition.  Fourth, counterclaimants sought an extension of

26  the page limit the same day the opposition was due.  Finally, the court notes when

27  counterclaimants did file an opposition, it did not exceed the court's page limit.  Accordingly,

28  /////

1    notwithstanding the many deficiencies in counterclaimants' request, their ex parte application for

2    an order extending the page limit for their opposition, ECF No. 88, is DENIED as moot.

3              With regard to counterclaimants' August 11, 2014 supplement and errata to the

4    declaration of Fredrick Hodgson in support of their opposition to the motion to dismiss, ECF Nos.

5    93–95, while counterclaimants style the document in part as an errata, the Hodgson declaration

6    does not refer to or rely on the exhibits counterclaimants now seek to include with their

7    opposition.  *See* ECF No. 90.  Nor does counterclaimants' opposition specifically refer to any of

8    the exhibits included with the supplement.  *See* ECF No. 92.  Indeed, the opposition does not cite

9    to the Hodgson declaration.  *Id.*  Moreover, to the extent counterclaimants seek to correct the

10   original declaration of Fredrick Hodgson through an errata, the supplement and errata does not

11   contain a corrected declaration.  Thus, the filing is more akin to an attempt to supplement the

12   opposition.  To the extent counterclaimants seek to supplement the declaration of Fredrick

13   Hodgson with exhibits A–JJ, the filing is untimely and is therefore STRICKEN.

14             Finally, the court turns to counterclaimants' untimely opposition to the motion to

15   dismiss.  Local Rule 230(c) states: "No party will be entitled to be heard in opposition to a motion

16   at oral arguments if opposition to the motion has not been timely filed by that party."  Given

17   counterclaimant's late filing, they have forfeited the right to be heard at argument.  The court,

18   having received the other parties' filings, finds argument unnecessary and so submits the matter

19   scheduled for hearing on August 22, 2014.

20             For the reasons set forth above, IT IS HEREBY ORDERED that:

21             1.  Counterclaimants' objection to counterdefendants' memorandum in support of

22   their motion to dismiss, ECF No. 87, is STRICKEN;

23             2.  Counterclaimants' ex parte application for an order extending the page limit for

24   their opposition, ECF No. 88, is DENIED as moot;

25             3.  Counterclaimants' supplement and errata to the declaration of Fredrick

26   Hodgson in support of their opposition to the motion to dismiss, ECF Nos. 93–95, is STRICKEN

27   as untimely; and

28   /////

4.      The motion to dismiss calendared for August 22, 2014, in this case is submitted.

IT IS SO ORDERED.

DATED: August 14, 2014.

_____
UNITED STATES DISTRICT JUDGE

4