UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY NATIONAL TITLE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. SMALL BUSINESS ADMINISTRATION, et al.,<br><br>  Defendants.<br><br>AND RELATED COUNTER/CROSSCLAIMS | No. 2:13-cv-02030-KJM-AC<br><br>ORDER |

On April 30, 2015, the court held a status (pretrial scheduling) conference in this case. Frederick W. Hodgson and Linda H. Hodgson did not appear at the hearing, neither by counsel nor in person. Frederick and Linda Hodgson are hereby ordered to show cause why sanctions should not be imposed for failure to appear at the status (pretrial scheduling) conference.

IT IS SO ORDERED.

DATED: May 5, 2015.

_____
UNITED STATES DISTRICT JUDGE

1