**BOUTIN JONES INC.**
Michael J. Kuzmich SBN 210088
Bashar Ahmad SBN 258619
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Telephone: (916) 321-4444
Facsimile: (916)441-7597

Attorneys for Counterdefendants
East Bay Investors, LLC, Ferrari Investment, LLC,
David J. Ferrari, and Robert Ferrari

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY NATIONAL TITLE COMPANY, | Case No.: 2-13-CV-02030-KJM-AC |
| Plaintiff, | |
| vs. | **SECOND AMENDED STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR REPORTING TO COURT RE: SETTLEMENT** |
| U.S. SMALL BUSINESS ADMINISTRATION, ET AL., | |
| Defendants. | Courtroom: 3, 15th Floor |
| | Judge:     Hon. Kimberly J. Mueller |
| FREDERICK HODGSON and LINDA HODGSON, | |
| Counterclaimants, | |
| vs. | |
| FIDELITY NATIONAL TITLE COMPANY, EAST BAY INVESTORS, LLC, a Nevada, Limited Liability Company, FERRARI INVESTMENT, LLC, a California Limited Liability Company, DAVID J. FERRARI, an individual, JOHN C. ROGERS, an individual, BANK OF THE WEST, N.A., | |
| Counterdefendants. | |

SECOND AMENDED STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE
777762.2

STIPULATION

Counterclaimants FREDRICK HODGSON and LINDA HODGSON; Counterdefendants EAST BAY INVESTORS, LLC, FERRARI INVESTMENT, LLC, DAVID J. FERRARI, and ROBERT FERRARI; Counterdefendants JOHN ROGERS, JOHN ROGERS P.C., AND INCLINE LAW GROUP; and Counterdefendant FIDELITY NATIONAL TITLE COMPANY (through authority given to Michael Kuzmich, Esq.)[1] HEREBY STIPULATE AS FOLLOWS:

1. This Court's Minutes dated March 23, 2016 (Docket # 203), as modified by Courtroom Clerk Casey Schultz by email dated March 24, 2016, ordered the parties to advise Courtroom Clerk Casey Schultz by 12:00 p.m. on Friday, March 25, 2016 whether or not they were able to reach settlement following the settlement conference.

2. The parties have agreed to extend this reporting deadline to 12:00 p.m. on **Tuesday, March 29, 2016** and request the Court execute the Order set forth below.

Date:   March 25, 2016            LAW OFFICES OF JAMES J. FALCONE

By:   /s/ James Falcone
JAMES L. FALCONE, ESQ.
Attorneys for Counterclaimants Fred Hodgson and Linda Hodgson

Date:   March 25, 2016            BOUTIN JONES INC.

By:   /s/ Michael J. Kuzmich
MICHAEL J. KUZMICH, ESQ.
Attorneys for Counterdefendants East Bay Investors, LLC, Ferrari Investment, LLC, David J. Ferrari, and Robert Ferrari

Date:   March 25, 2016            GREVE CLIFFORD WENGEL & PARAS

By:   /s/ J. Michael Cochrane
J. MICHAEL COCHRANE, P.E., ESQ.
Attorneys for Counterdefendants John Rogers, John Rogers P.C., and Incline Law Group

---

[1] Dave McGraw, counsel for Fidelity, is unavailable to execute this Stipulation but represented at the conclusion of the MSC on March 23, 2016, that counsel for EBI/Ferraris was authorized to represent and communicate Fidelity's settlement position in this matter.

Date:   March 25, 2016                                FIDELITY NATIONAL LAW GROUP


By: _____*See* Footnote 1_____
DAVE McGRAW, ESQ.
Attorneys for Counterdefendant Fidelity
National Title Company

## ORDER

Based on the foregoing Stipulation of the parties and good cause appearing, it is HEREBY ORDERED that the parties must advise Courtroom Clerk Casey Schultz by 12:00 p.m. on **Tuesday, March 29, 2016**, whether or not they were able to reach settlement following the settlement conference.

IT IS SO ORDERED.

DATED:  March 25, 2016

_____
UNITED STATES DISTRICT JUDGE