**GREVE, CLIFFORD, WENGEL & PARAS, LLP**
**J. Michael Cochrane**, State Bar No. 70560
**Scott E. Cofer**, State Bar No. 121212
1740 Creekside Oaks Drive, Suite 130
Sacramento, CA  95833-3655
Telephone:     (916) 443-2011
Facsimile:      (916) 441-7457
Emails:  mike@gcwp.com / scott@gcwp.com

Attorneys for Counterdefendants
JOHN C. ROGERS, an individual;
JOHN C. ROGERS, P.C., a Nevada
Professional Corporation; INCLINE LAW
GROUP, LLP, a Nevada Limited Liability Partnership

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY NATIONAL TITLE COMPANY, | Case No. 2:13-CV-02030-KJM-AC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |
| v. | |
| U.S. SMALL BUSINESS ADMINISTRATION ET. AL., | [Honorable Kimberly J. Mueller] |
| Defendants. | |
| FREDRICK HODGSON and LINDA HODGSON, individuals, | |
| Counterclaimants, | First Amended Counterclaim Filed:  12/01/2014 |
| v. | Trial Date:            11/28/2016 |
| FIDELITY NATIONAL TITLE COMPANY, EAST BAY INVESTORS, LLC, a Nevada Limited Liability Company, FERRARI INVESTMENT, LLC, a California Limited Liability Company, DAVID J. FERRARI, an individual, ROBERT FERRARI, an individual, JOHN C. ROGERS, an individual, JOHN C. ROGERS, P.C., a Nevada Professional Corporation, INCLINE LAW GROUP, LLP, a Nevada Limited Liability Partnership, BANK OF THE WEST, N.A., | |
| Counterdefendants. | |

-1-

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS

Counterclaimants FREDRICK HODGSON and LINDA HODGSON; Counterdefendants EAST BAY INVESTORS, LLC, FERRARI INVESTMENT, LLC, DAVID J. FERRARI and ROBERT FERRARI; Counterdefendants JOHN C. ROGERS, JOHN C. ROGERS, P.C., and INCLINE LAW GROUP, LLP; and Counterdefendant FIDELITY NATIONAL TITLE COMPANY hereby stipulate as follows:

1. The Court's Minute Order, entered on April 1, 2016 as Docket No. 210, ordered that Dispositional documents relating to Counterclaimants' First Amended Counterclaim shall be filed within 45 days of the Minute Order (i.e., May 16, 2016).

2. Counterclaimants and all remaining Counterdefendants have reached an overall settlement to resolve Counterclaimants' First Amended Counterclaim in its entirety. The final form of that Settlement Agreement has been circulated to counsel for final approval and execution. As to all Counterdefendants other than FIDELITY NATIONAL TITLE COMPANY, that settlement is contingent upon a finding of good faith under California Code of Civil Procedure § 877.6.

3. Counterdefendants JOHN C. ROGERS, JOHN C. ROGERS, P.C., and INCLINE LAW GROUP, LLP, and Counterdefendants EAST BAY INVESTORS, LLC, FERRARI INVESTMENT, LLC, DAVID J. FERRARI and ROBERT FERRARI have been diligently working together to draft and file a Joint Motion for Determination of Good Faith Settlement and Order Barring Indemnity claims. Once filed, this Motion needs to be heard and ruled upon prior to the final disposition of this case.

4. The website for Judge Kimberly J. Mueller shows available Civil Law and Motion Dates of May 6, May 18, June 3 and June 17, and various dates thereafter. In order to be able to timely serve this Motion, it would have to be heard on May 18, 2016, two days after the May 16 deadline for parties to file Dispositional documents.

5. The parties have agreed to extend the deadline for filing Dispositional documents related to Counterclaimants' First Amended Counterclaim by an additional two weeks, to and including May 30, 2016, to allow sufficient time for Counterdefendants to file, serve and have

/ / /

**Greve Clifford Wengel & Paras, LLP**

STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS

heard their Joint Motion for Determination of Good Faith Settlement and Order Barring Indemnity Claims.  The parties therefore request the Court execute the Order set forth below.

LAW OFFICES OF JAMES J. FALCONE

Dated:  April 8, 2016.         By    /s/ As Authorized on 04/08/2016
                                     JAMES J. FALCONE (SBN 131235)
                                     Attorneys for Counterclaimants
                                     FREDRICK HODGSON and LINDA HODGSON

BOUTIN JONES INC.

Dated:  April 8, 2016.         By    /s/ As Authorized on 04/08/2016
                                     MICHAEL J. KUZMICH (SBN 210088)
                                     Attorneys for Counterdefendants
                                     EAST BAY INVESTORS, LLC, FERRARI INVESTMENT, LLC, DAVID J. FERRARI and ROBERT FERRARI

GREVE, CLIFFORD, WENGEL & PARAS, LLP

Dated:  April 8, 2016.         By    /s/ Scott E. Cofer
                                     SCOTT E. COFER (SBN 121212)
                                     Attorneys for Counterdefendants
                                     JOHN C. ROGERS, an individual; JOHN C. ROGERS, P.C., a Nevada Professional Corporation; INCLINE LAW GROUP, LLP, a Nevada Limited Liability Partnership

FIDELITY NATIONAL LAW GROUP

Dated:  April 8, 2016.         By    /s/ As Authorized on 04/08/2016
                                     DAVE M. McGRAW (SBN 086389)
                                     Attorneys for Plaintiff and Counterdefendant FIDELITY NATIONAL TITLE COMPANY

/ / /

/ / /

/ / /

-3-

**<u>ORDER</u>**

Based on the foregoing Stipulation of the parties and good cause appearing therefor,

IT IS ORDERED that the time for Dispositional documents to be filed is extended and that Dispositional documents regarding the Counterclaimants' First Amended Counterclaim shall be filed by May 30, 2016.

IT IS SO ORDERED.

Dated: April 14, 2016.

_____
UNITED STATES DISTRICT JUDGE

**Greve Clifford Wengel & Paras, LLP**