Glenn H. Wechsler, State Bar No. 118456
Jeffrey S. Nelson, State Bar No. 149494
LAW OFFICES OF GLENN H. WECHSLER
1111 Civic Drive, Suite 210
Walnut Creek, California  94596
Telephone:  (925) 274-0200
Email: *glenn@glennwechsler.com*

Attorneys for Plaintiff
FIDELITY NATIONAL TITLE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY NATIONAL TITLE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br>U.S. SMALL BUSINESS ADMINISTRATION; PLACER COUNTY ENVIRONMENTAL HEALTH; ALLAN R. FRUMKIN; FREDRICK W. HODGSON; LINDA H. HODGSON; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants.<br>_____<br>FREDRICK W. HODGSON and LINDA H. HODGSON,<br><br>　　　　　Counterclaimants,<br><br>　　vs.<br>FIDELITY NATIONAL TITLE COMPANY, EAST BAY INVESTORS, LLC., A Nevada Limited Liability Company, FERRARI INVESTMENT, LLC, a California Limited Liability Company, DAVID J. FERRARI, an individual, JOHN C. ROGERS, an individual, BANK OF THE WEST, N.A.,<br><br>　　　　　Counterdefendants. | Case No:  2:13-CV-02030-KJM-AC<br><br>Assigned to: Hon. Kimberly J. Mueller<br><br>**ORDER TO REMAND ACTION TO STATE COURT FOR LIMITED PURPOSE OF COMPELLING PAYMENT TO PLAINTIFF IN ACCORDANCE WITH PRIOR COURT ORDER** |

Pursuant to the Order of this Court entered June 15, 2016, Plaintiff, FIDELITY

---

NATIONAL TITLE COMPANY ("Plaintiff") hereby submits this [Proposed] Order, as follows:

WHEREAS, Plaintiff filed a Complaint in Interpleader for Surplus Proceeds of Trustee's Sale in the Placer County Superior Court on or about August 14, 2013, Case No. SCV0033511 (the "State Court Action").

WHEREAS, concurrent with filing the State Court Action, Plaintiff deposited with the Placer County Superior Court the surplus proceeds in excess of $135,000.00 (the "Surplus Proceeds").

WHEREAS, Defendant U.S. Small Business Administration ("SBA") removed the State Court Action to this Court in September of 2013 (the "Federal Court Action").

WHEREAS, Counterclaimants filed a Counterclaim against Counterdefendants in December of 2013 in this Federal Court Action.

WHEREAS, by Order entered November 12, 2014, this Court granted Plaintiff's motion for discharge of Trustee/Plaintiff and for attorneys' fees and costs in the amount of $11,500.00 (the "Plaintiff's Fees"), but deferred the assessment and allocation of the Plaintiff's Fees until resolution of the counterclaim.

WHEREAS, Counterclaimants filed a First Amended Counterclaim in December of 2014 in this Federal Court Action.

WHEREAS, the counterclaim has now been resolved, and this Court issued an Order on June 15, 2016 (1) granting Counterdefendants' motion for determination of good faith settlement, and (2) granting Plaintiff's request to remand this action to the Placer County Superior Court for the limited purpose of compelling payment of the Plaintiff's Fees.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this Federal Court Action is remanded to the Placer County Superior Court for the sole and limited purpose of the State Court issuing an Order directing that the Clerk of the Court pay $11,500.00 from the Surplus Proceeds on deposit, to Plaintiff, payable to its counsel of record, the "Law Offices of Glenn H. Wechsler" and further directing that

ORDER TO REMAND ACTION TO STATE COURT FOR LIMITED PURPOSE OF COMPELLING PAYMENT TO PLAINTIFF IN ACCORDANCE WITH PRIOR COURT ORDER
CASE NO. 2:13-CV-02030-KJM-AC – PAGE 2

said funds be immediately remitted to counsel at 1111 Civic Drive, Suite 210, Walnut Creek, CA 94596 (the "Plaintiff's Fees State Court Order").  The clerk of this Court shall send a certified copy of this Order to the clerk of the Placer County Superior Court.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that after entry of the Plaintiff's Fees State Court Order and after payment of the Plaintiff's Fees by the Clerk of the Court, then the State Court Action is automatically deemed removed to this Federal Court Action for further disposition.

**IT IS SO ORDERED.**

Dated: June 23, 2016

UNITED STATES DISTRICT JUDGE