1

**Richard Anton van't Rood (SBN 144454)**
Law Office of Richard van't Rood

2

59 Sunset Drive
Watsonville, CA 95076

3

Telephone:   408.984.5600 x 35

4

**James J. Falcone, Esq. (SBN 131235)**

5

**Law Office of James J. Falcone**
300 Capitol Mall, Suite 1800

6

Sacramento, CA 95814
Telephone:   916.442.4204

7

8

Attorneys for Counterclaimants

9

Fredrick Hodgson and Linda Hodgson

10

UNITED STATES DISTRICT COURT

11

EASTERN DISTRICT OF CALIFORNIA

12

13

FIDELITY NATIONAL TITLE
COMPANY,

14

15

Plaintiff,

16

vs.

17

U.S. SMALL BUSINESS
ADMINISTRATION, ET AL.,

18

19

Defendants
_____

20

AND RELATED COUNTERCLAIM.

21

Case No.  2:13-CV-02030-KJM-AC

**Stipulation of Dismissal of
First Amended Counterclaim**

22

  Pursuant to Rule 45 of the Federal Rules of Civil Procedure,

23

Counterclaimants   FREDRICK   HODGSON   and   LINDA   HODGSON;

24

Counterdefendants EAST BAY INVESTORS, LLC, FERRARI INVESTMENT, LLC,

25

DAVID J. FERRARI and ROBERT FERRARI; Counterdefendants JOHN C.

26

ROGERS, JOHN C. ROGERS, P.C., and INCLINE LAW GROUP, LLP; and

27

Counterdefendant FIDELITY NATIONAL TITLE COMPANY hereby stipulate as

28

follows:

1       1)      The First Amended Counterclaim in this action is dismissed in its

2              entirety with prejudice;

3       2)      The Attorneys' Fee Motion pending in this action is withdrawn; and

4       3)       Each of the parties will bear their own costs and attorney's fees.

5      The parties therefore request the Court execute the Order set forth below.

6

7                        LAW OFFICES OF JAMES J. FALCONE

8

9  Dated:  June 27, 2016.     By____/S/ James J. Falcone_____

                                     JAMES J. FALCONE (SBN 131235)

10                            Attorneys for Counterclaimants

                            FREDRICK HODGSON and

11                            LINDA HODGSON

12                        BOUTIN JONES INC.

13

  Dated:  June _____, 2016.     By____/S/  Michael J. Kuzmich Authorized 6/16/16

14                            MICHAEL J. KUZMICH (SBN 210088)

                            Attorneys for Counterdefendants

15                            EAST BAY INVESTORS, LLC,

                            FERRARI INVESTMENT, LLC, DAVID

16                            J. FERRARI and ROBERT FERRARI

17                      GREVE, CLIFFORD, WENGEL & PARAS, LLP

18

19  Dated:  June _____, 2016.     By____/S/ Scott E. Cofer Authorized 6/16/16

                            SCOTT E. COFER (SBN 121212)

20                            Attorney for Counterdefendants

                            JOHN C. ROGERS, an individual;

21                            JOHN C. ROGERS, P.C., a Nevada

                            Professional Corporation; INCLINE LAW

22                            GROUP, LLP, a Nevada Limited Liability

                            Partnership

23

24                      FIDELITY NATIONAL LAW GROUP

25

26  Dated:  June _____, 2016.     By____/S/ Dave M. McGraw Authorized 6/27/16

                            DAVE M. McGRAW (SBN 086389)

27                            Attorneys for Plaintiff and

                            Counterdefendant FIDELITY NATIONAL

28                            TITLE COMPANY

## **ORDER**

Based on the foregoing Stipulation of the parties and good cause appearing therefor,

IT IS ORDERED THAT:

1)   The First Amended Counterclaim in this action is dismissed in its entirety with prejudice;

2)   The Attorneys' Fee Motion pending in this action is withdrawn; and

3)   Each of the parties will bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated:  June 29, 2016.

_____
UNITED STATES DISTRICT JUDGE

*Stipulation of Dismissal of First Amended Counterclaim*          *Fidelity v. US Small Bus Admin*